[No. 47931-8-I.  Division One.  March 11, 2002.]

THE STATE OF WASHINGTON, *Appellant*, v. ANDREW LOTT, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-05065-4, James D. Cayce, J. Pro Tem., entered December 13, 2000. *Reversed* by unpublished per curiam opinion.

[No. 48056-1-I.  Division One.  March 11, 2002.]

CONRAD GONZALES, *Appellant*, v. TRAMCO, INC., ET AL., *Respondents*.

The unpublished opinion in this cause was *withdrawn* by order of the Court of Appeals dated March 25, 2002. Substitute opinion filed. See 110 Wn. App. 1073.

[No. 19492-2-III.  Division Three.  March 12, 2002.]

*In the Matter of the Marriage of* SUE ALLISON FIELD, *Appellant*, and FREDERICK IAN FIELD, *Respondent*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 99-3-00051-4, Robert L. Zagelow, J., entered July 14, 2000. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Sweeney, J., concurred in by Kurtz, C.J., and Schultheis, J.

[No. 19993-2-III.  Division Three.  March 12, 2002.]

JUDY KLOEPFEL, *Respondent*, v. JOSEPH BOKOR, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 99-2-06968-9, Kathleen M. O'Connor, J., entered February 7, 2001. *Affirmed* by unpublished opinion per Kato, J., concurred in by Kurtz, C.J., and, Sweeney, J.